**DISMISS and Opinion Filed September 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01062-CR
No. 05-19-01063-CR
No. 05-19-01065-CR

**ORA LEE FULLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56984-R, F14-76634-R & F14-76612-R**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

Ora Lee Fuller filed her notices of appeal on September 3, 2019, along with the trial court's

August 14, 2019 orders she wishes to appeal. Those orders denied the State's motions to revoke

community supervision and continued Fuller on probation in each of the above cases.

Orders modifying conditions of community supervision are not appealable orders.

*Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see Davis v. State*, 195 S.W.3d 708,

710 (Tex. Crim. App. 2006) (legislature has authorized appeal in two instances: from order

granting probation and from order revoking probation; there is no legislative authority for

entertaining a direct appeal from an order modifying the conditions of community supervision).

Without appealable orders, this Court has no jurisdiction to entertain these appeals. *Abbott v. State*,

271 S.W.3d 694, 697 (Tex. Crim. App. 2008); *Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.).

We dismiss the appeals for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191062F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ORA LEE FULLER, Appellant

No. 05-19-01062-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-56984-R.
Opinion delivered by Justice Bridges.
Justices Molberg and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered September 13, 2019

–3–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ORA LEE FULLER, Appellant

No. 05-19-01063-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-76634-R.
Opinion delivered by Justice Bridges.
Justices Molberg and Partida-Kipness
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered September 13, 2019



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ORA LEE FULLER, Appellant

No. 05-19-01065-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-76612-R.
Opinion delivered by Justice Bridges.
Justices Molberg and Partida-Kipness
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered September 13, 2019